B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## __Northern__ District of ____Illinois____

In re: __Shavonne Brown____                    Case No. _____12 B 28854_____
     Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the
> bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ _76.50_____ on or before August 24, 2012
>
> $ _76.50_____ on or before September 18, 2012
>
> $ _76.50_____ on or before October 18, 2012
>
> $ _76.50_____ on or before November 16, 2012
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
> additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
> INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
> on _____ at _____ : ___ at _____.
>                                                   (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
> DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
> DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

_Donald R. Cassling_

DATE: August 10, 2012

_____
United States Bankruptcy Judge